UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5073 FMO (JCGx) | Date | August 12, 2013 |
|---|---|---|---|
| Title | Disorderly Kids, LLC v. Family Dollar Stores, Inc. et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Julieta Lozano | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): | |
| None Present | None Present | |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Sanctions

Having reviewed defendant Family Dollar Stores, Inc.'s ("Family Dollar Stores") Motion for Summary Judgment ("MSJ") and the Declaration of Lyle R. Mink Re Defendant's Motion for Summary Judgment ("Mink Declaration") filed by counsel for plaintiff Disorderly Kids, LLC ("plaintiff"), the court is not persuaded that counsel for the parties complied with the Court's Order Re: Summary Judgment Motions, filed on July 15, 2013.  Although captioned "Joint Brief," Family Dollar Stores' MSJ does not include plaintiff's portion of the brief.  (See, generally, MSJ).  The Mink Declaration is silent as to what efforts the parties made to comply with the Court's Order of July 15, 2013, other than one meet and confer held on July 18, 2013.  (See, generally, Mink Declaration).

Accordingly, IT IS ORDERED THAT:

1. Counsel for the parties shall appear in person on **August 22, 2013, at 10:00 a.m.**, in Courtroom 22 of the Spring Street Courthouse, to show cause why sanctions should not be imposed for failure to comply with the Court's Order of July 15, 2013.

2. Counsel for the parties shall come prepared with all necessary documents and information to conduct a meet and confer pursuant to the requirements set forth in the Court's Order of July 15, 2013.  The meet and confer must be transcribed by a court reporter.  Family Dollar Stores, as the moving party, shall pay for the costs of the court reporter and ensure that a court reporter is present at the August 22, 2013, court proceeding.  The court will not consider any future summary judgment motion in this matter unless transcripts of all meet and confers are included as part of the moving party's papers.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | jloz |