UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5073 FMO (JCGx) | Date | August 22, 2013 |
|---|---|---|---|
| Title | Disorderly Kids, LLC v. Family Dollar Stores, Inc. et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Julieta Lozano | Lisa Gonzalez | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Lyle R. Mink | Scott Shaw<br>Sam Brooks |

**Proceedings:** **ORDER TO SHOW CAUSE RE: SANCTIONS** (Held and Completed)

Pursuant to the Order to Show Cause Re: Sanctions hearing held on August 22, 2013, IT IS ORDERED THAT:

1. Following the hearing, counsel for plaintiff Disorderly Kids, LLC ("plaintiff") and defendant Family Dollar Stores, Inc. ("defendant") shall meet and confer to discuss all pending issues relating to defendant's Motion for Summary Judgment ("MSJ") and Motion for Sanctions. The costs of the court reporter shall be divided equally between the parties.

2. Defendant shall send a disk and hard copy of the joint evidentiary appendix accompanying its motion for summary judgment to plaintiff via messenger no later than Friday, **August 23, 2013, by 5:00 p.m.** Plaintiff shall pay the copying costs of the evidentiary appendix.

3. Plaintiff's counsel shall provide defendant with plaintiff's portion of the motion for summary judgment no later than **noon** on **Monday, August 26, 2013**. Defendant shall file its motion for summary judgment no later than **Wednesday, August 28, 2013, at 5:00 p.m.**

4. Defendant's Motion for Summary Judgment **(Document No. 82)** is **denied** without prejudice.

5. Defendant's Motion for Sanctions **(Document No. 85)** is **denied** without prejudice.

6. With respect to motions, requests and applications (except for ex parte applications), that the parties wish to file in this case, counsel for the parties meet and confer in person to discuss the substance of the motion, request or application. The meet and confer session(s) shall be transcribed by a court reporter. The costs of the court reporter shall be divided equally between the parties. The transcript of meet and confer must be submitted with any related motion, request and/or application.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-5073 FMO (JCGx)** | Date | **August 22, 2013** |
|---|---|---|---|
| Title | **Disorderly Kids, LLC v. Family Dollar Stores, Inc. et al.** | | |

7.  Defendant shall file an Answer to the Second Amended Complaint no later than **August 30, 2013**.

00 : 24

Initials of Preparer       jloz