JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DISORDERLY KIDS, LLC, | ) | Case No. CV 12-5073 FMO (JCGx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| FAMILY DOLLAR STORES, INC., | ) | |
| Defendant. | ) | |

Pursuant to the special verdict of the jury rendered on January 15, 2016, judgment is hereby entered in favor of defendant Family Dollar Stores, Inc. and against plaintiff Disorderly Kids, LLC on all claims.

Dated this 19th day of January, 2016.

/s/
Fernando M. Olguin
United States District Judge