Mark L. Eisenhut, Bar No. 185039
meisenhut@calljensen.com
Scott P. Shaw, Bar No. 223592
sshaw@calljensen.com
Samuel G. Brooks, Bar No. 272107
sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Family Dollar Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISORDERLY KIDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FAMILY DOLLAR STORES, INC., a Delaware corporation (erroneously sued as FAMILY DOLLAR, a North Carolina company), and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV12-05073 FMO (JCGx)<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES BY DEFENDANT FAMILY DOLLAR STORES, INC.**<br><br>Date:  March 10, 2016<br>Time:  10:00 AM<br>Place: Courtroom 22<br><br><br>Complaint Filed:  June 11, 2012<br>Trial Date:           January 12, 2016 |

IKE01-04:1647734_1:2-2-16                                - 1 -

**Error! No text of specified style in document.**

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that on March 10, 2016, at 10:00 A.M., in Courtroom 22 of the United States District Court located at 312 North Spring Street, Los Angeles, California, Defendant Family Dollar Stores, Inc. will and hereby does move for an order awarding Defendant attorney's fees in the amount of at least $566,405. The motion is made pursuant to 17 U.S.C. § 505 on the grounds that Defendant is the prevailing party. This motion is based on the accompanying memorandum of points and authorities, the Declarations of Scott P. Shaw and Samuel G. Brooks, all documents in the record, the transcripts of the trial (copies of which are lodged herewith), the proposed order filed herewith, and all other evidence and argument which may be presented hereafter.

Dated: February 2, 2016

CALL & JENSEN
A Professional Corporation
Mark L. Eisenhut
Scott P. Shaw
Samuel G. Brooks

By: _/s/Scott P. Shaw_
Scott P. Shaw

Attorneys for Defendant Family Dollar Stores, Inc.