## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-5073 FMO (JCGx) | Date | July 1, 2016 |
|---|---|---|---|
| Title | Disorderly Kids, LLC v. Family Dollar Stores, Inc. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Julieta Lozano | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(In Chambers) Order Re: Motion for Attorney's Fees and Costs**

Having reviewed defendant's Motion for Attorney's Fees [] (Dkt. 235), Motion for Full Costs (Dkt. 236), and Application to the Clerk to Tax Costs (Dkt. 233), the court believes it would benefit from additional briefing in light of the Supreme Court's recent decision in Kirtsaeng v. John Wiley & Sons, Inc., 136 S.Ct. 1979 (2016).

1. Defendant's Motion for Attorney's Fees [] (**Document No. 235**), Motion for Full Costs (**Document No. 236**), and Application to the Clerk to Tax Costs (**Document No. 233**) is **denied without prejudice**.

2. Counsel for the parties shall, on **July 14, 2016, at 10:00 a.m.**[1] meet and confer in person at an agreed upon location within the Central District of California to discuss defendant's motions. Defendant's motions must include copies of all meet and confer letters as well as declarations that set forth, in detail, the entire meet and confer process (i.e., when and where it took place, how long it lasted and the position of each attorney with respect to each disputed issue that will be the subject of the motion). Failure to include such a declaration will result in the motions being denied.

3. Defendant shall re-file its motion or motions no later than **July 28, 2016**, and notice it for hearing pursuant to the local rules.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | jloz | |

---

[1] Counsel may agree to meet and confer at another time and place without seeking court approval for such an agreement.