**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DISORDERLY KIDS, LLC, | ) | Case No. CV 12-5073 FMO (JCGx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |
| v. | ) | |
| FAMILY DOLLAR STORES, INC., | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Re: Motion for Attorney's Fees and Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that defendant Family Dollar Stores, Inc.'s request for attorney's fees and costs is denied.

Dated this 25th day of February, 2017.


                                                    /s/
                                        _____
                                            Fernando M. Olguin
                                        United States District Judge